"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: SACR 08-080 DOC |
| Plaintiff, | ) ) | ORDER OF REVOCATION AND DETENTION AFTER HEARING |
| vs. | ) ) ) | [18 U.S.C. 3148(B)] |
| REED KYLE DIEHL, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

    The defendant having been arrested in this District pursuant to a warrant previously issued by Judge David O. Carter, and the Court having conducted a hearing on the alleged violation(s), the Court finds as follows:

(1)( ) A.     there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

  (X) B.     there is clear and convincing evidence that the defendant violated the following condition(s) of release: Engaged in an unauthorized investment transaction where he clearly used a different name and social security number on real estate purchase agreement and escrow instructions. He also failed to disclose the full extent of his income and assets to Pretrial Services and the Court.

    and

1  (2)(X) A.    that based on the factors set forth in 18 U.S.C. §3142(g), there is no condition or
2              combination of conditions of release that will assume that the defendant will not
3              pose an economic danger to the safety or any other person or the community; or
4     (X) B.    that the defendant is unlikely to abide by any condition or combination of
5              conditions of release.
6                        ( ) and/or in the event of (1)(A):
7  (3)( )    that the defendant has not rebutted the presumption that no condition or
8           combination of conditions will assure that the person will not pose a danger to the
9           safety of any other person or the community.
10 (4)( )    that there are conditions of release that will assure that the defendant will not flee
11          or pose a danger to the safety of any other person or the community, and that the
12          defendant will abide by such conditions.  *See* separate order setting conditions.
13    ( )    This Order shall be stayed for 72 hours in order to allow the Government to seek
14          review from the District Judge assigned to this case or assigned to handle this
15          matter by virtue of being on criminal duty.
16
17 (X)    IT ORDERED that the defendant's prior pretrial release is revoked, the underlying
18        appearance bond is exonerated, and the defendant is detained prior to trial.
19
20 Dated: January 6, 2009.              /s/    Arthur Nakazato
                                        ARTHUR NAKAZATO
21                                      UNITED STATES MAGISTRATE JUDGE